3637.   PERRY *v.* THE STATE.

POWELL, J.   The evidence, though circumstantial, fully supports the ver-
    dict.                                                    *Judgment affirmed.*
                            DECIDED OCTOBER 23, 1911.

Indictment for larceny; from Mitchell superior court—Judge
Frank Park.   July 3, 1911.

E. E. *Cox,* for plaintiff in error.

W. E. *Wooten, solicitor-general, F. .1. Hooper,* contra.

---

3651.   WILLIAMS *v.* THE STATE.

POWELL, J.   This case is fully controlled by *Plummer* v. *State,* 1 *Ga. App.*
    507 (57 S. E. 969).                                      *Judgment affirmed.*
                            DECIDED OCTOBER 23, 1911.

Accusation of sale of liquor; from city court of Fort Gaines—
Judge Rambo.   July 11, 1911.

*King & Castellow,* for plaintiff in error.

P. C. *King, solicitor, B. M. Turnipseed,* contra.

---

3638.   RAGAN *v.* THE STATE.

No error of law appears, and the evidence supports the verdict.
                            DECIDED OCTOBER 23, 1911.

Indictment for sale of liquor; from Mitchell superior court—
Judge Frank Park.   July 3, 1911.

E. E. *Cox,* for plaintiff in error.

W. E. *Wooten, solicitor-general, F. A. Hooper,* contra.

HILL, C. J.   Ragan was convicted of a violation of the prohibi-
tion law, and his motion for a new trial was overruled.   The
indictment against him (omitting the mere formal parts)
charged that the defendant did "unlawfully, . . between the
Moye Building and De Witt's stables, in the town of Sale City, in
said county and State, barter and sell, for valuable consideration,
to one C. J. Merritt, alcoholic, spirituous, malt, and intoxicating
liquors," etc.   In support of this allegation the State proved by
C. J. Merritt that he went to the accused and asked him for whis-
ky, and in reply the accused stated that he did not have any, but he